IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

**PANTHER BRANCH COAL COMPANY
DBA LONG BRANCH ENERGY,**

                                                                                 Case No. _____

Debtor.                                                           Chapter 7

## VERIFICATION OF CREDITOR MATRIX

      The President of the above-named debtor, and attorney for debtor, hereby verify that the attached mailing matrix of creditors is complete, correct, and consistent with the debtor's schedules to the best our knowledge.

Date: 29 June 2012        President of Debtor: _____
                                                             Gregory Patterson, President

Date: 29 Jun 2012        Attorney for Debtor: _____
                                                             R. Grady Ford

{C2344516.1}

UBS
48 Signal Road
Stamford, CT 06902
ATTN: George A. Duarate

Sheriff
200 State St.
Charleston, WV 25130

Jesse & Brenda Combs
c/o Cook & Cook
62 Ave C
Madison, WV 25130

UMWA Funds
21212 K Street, N.W.
Washington, DC 20033

MSHA
1100 Wilson Blvd., 21st Floor
Arlington, VA 22209

Anthony Castle
c/o Mark Atkinson
P.O. Box 549
Charleston, WV 25320

Barbara Coakley
4889 Six Mile Road
Danville, WV 25053

Bobby W. Farmer
P.O. Box 308
Davin, WV 25617

James C. Grey
P.O. Box 1233
Crab Orchard, WV 25827

Lawrence D. Miller
P.O. Box 127
Clothier, WV 25047

Mablene Nipper
P.O. Box 52
Wharton, WV 25208

Terry R. Tackett
P.O. Box 9
Austinburg, OH 44010

Brady A. Adams
353 Sycamore Branch
Lake, WV 25121-9734

Stanley R. Adkins
P.O. Box 201
Lake, WV 25121-0201

Marvin D. Akers
106 Zatto Lane
Danville, WV 25053-4603

Edward L. Alderman

P.O. Box 1133
Coal City, WV 25823-1133

Jerry L. Anderson
216 Manor Drive
Beckley, WV 25801-2535

Ruby F. Anderson
5149 Upper Mud River Rd.
Branchland, WV 25506-9503

Tony L. Argabright
P.O. Box 196
Lynco, WV 24857-0196

Lloyd H. Arthur
351 Ramage Hill Road
Jeffrey, WV 25114-9647

Kenneth R. Asbury
P.O. Box 115
Peterstown, WV 24963-0155

Louie G. Averson
P.O. Box 248
Whitesville, WV 25209-0248

Janet F. Bailey
307 1st Street W
Madison, WV 25130-1014

Janet Baldwin
P.O. Box 365
Sylvester, WV 25193-0365

Charles E. Ball
P.O. Box 474
Van, WV 25206-0474

Emory H. Ball
4636 6 Mile Road
Danville, WV 25053-4528

Robert A. Ball
4438 Six Mile Road
Danville, WV 25053-4526

Ronnie S. Ball
Rt. 1, Box 99F
Chapmanville, WV 25508-9634

Brenda S. Ball
P.O. Box 12
Jeffrey, WV 25114-0012

Timothy D. Beheler
P.O. Box 1807
Gilbert, WV 25621-1807

Bobby D. Bell
P.O. Box 335
Chapmanville, WV 25508-0335

Arnold Bowen
P.O. Box 207

Wilkinson, WV 25653-0207

Regina Bradshaw
P.O. Box 68
Danville, WV 25053-0068

Randall K. Brogan
270 MacCorkle Road
Sod, WV 25564-9735

Dana R. Browder, Sr.
Rt. 2, Box 1644
Madison, WV 25130-9878

Bobby J. Brown
P.O. Box 202
Van, WV 25206-0202

James L. Bunting
4988 Foster Road
Foster, WV 25081-6196

Walter E. Burns
P.O. Box 489
Danville, WV 25053-0489

Earnest T. Butcher
P.O. Box 1592
Chapmanville, WV 25508-1592

Harley D. Cabell
P.O. Box 204
Whitesville, WV 25209-0204

Charles R. Canterbury
P.O. Box 195
Lester, WV 25865-0195

Randel B. Clevinger
P.O. Box 196
Turtle Creek, WV 25203-0196

Larry D. Cline
1794 Spars Creek Road
Danville, WV 25053-8010

Barbara Coakley
4889 6 Mile Road
Danville, WV 25053-4531

Gregory G. Collins
P.O. Box 117
Seth, WV 25181-0117

Roger L. Collins
1242 Turtle Creek Road
Danville, WV 25053-9674

Jesse Combs
659 Raven Point Road
Danville, WV 25053-8030

Carolyn D. Cook
P.O. Box 325
Van, WV 25206-0325

Cecil R. Cook
P.O. Box 334
Hewett, WV 25108-0334

Jackie Cook
2378 Meadow Fork Road
Hewett, WV 25108-9537

Paul R. Cooper
153 Jackson Avenue
Madison, WV 25130-1313

Joseph J. Cozort
P.O. Box 275
Shady Spring, WV 25918-0275

John R. Cradock
P.O. Box 788
Chapmanville, WV 25508-0788

Samuel E. Cradock
2175 Given Road
Ripley, WV 25271

Harold L. Cremeans
P.O. Box 48
Racine, WV 25165-0048

Ralph E. Curry
P.O. Box 606
Chapmanville, WV 25508-0606

John K. Dempsey
533 Stollings Branch Road
Danville, WV 25053-4647

Delmas E. Dingess
165 Bias Branch Road
Jeffrey, WV 25114-9722

Bobby L. Dixon
P.O. Box 331
Danville, WV 25053-0331

Don E. Drake
12 Madison Avenue
Madison, WV 25130-1375

Raymond R. Duffey
P.O. Box 1071
Danville, WV 25053-1071

Jerry L. Duncan
279 Sulfur Springs
Alkol, WV 25501-9751

Curtis E. Duty
2415 Weigand Road
Lockbourne, OH 43137-9657

Aaron D. Edwards
50 Kasey Terrace
Monaville, WV 25601-9796

Boyd R. Elkins
4266 Hewett Creek Road
Hewett, WV  25108-9562

David M. Elkins
P.O. Box 7
Lorado, WV  25630-0007

Clyde A. Ellis, Jr.
P.O. Box 9
Glen Rogers, WV  25848-0009

Jesse L. Estep
726 Paint Creek Road
Hansford, WV  25103-8004

William J. Fannin
221 Sydney Reese Circle
Cedar Grove, WV  25039-8027

Bobby W. Farmer
Box 308
Davin, WV  25617-0308

Enoch R. Farmer
Rt. 1, Box 162
Harts, WV  25224-9772

Larry J. Farmer
RR 4, Box 5440
Chapmanville, WV  25508-9674

Richard S. Fowler
8246 Camp Creek Road
Ridgeview, WV  25169-9320

Danny W. Graham
P.O. Box 551
Crab Orchard, WV  25827-0551

Jerry L. Graley
2029 Straight Fork
Alkol, WV  25501-9707

Robert F. Graley
810 85th Street
Marmet, WV  25315-1741

James C. Gray
P.O. Box 1233
Crab Orchard, WV  25827-1233

Joe E. Griffith
922 Hope Street
Madison, WV  25130-1614

Danny A. Hager
4404 Six Mile Road
Danville, WV  25053-4526

Johnney R. Hager
85 Hager Road
Danville, WV  25053-4523

Joyce Hager
P.O. Box 20
Danville, WV  25053-0020

Clarence D. Hamilton
P.O. Box 91
Sylvester, WV  25193-0091

Lorenzo F. Hamilton
2851 Coal River Road
Glen Daniel, WV  25844-9443

Ursela Hartenstein
P.O. 132
Bradley, WV  25818-0132

Tiney Hartman
P.O. Box 86
Bim, WV  25021-0086

Ancel M. Hendricks
312 County Road 753
Clanton, AL  35045-7532

Edsel M. Hill
404 Coxs Fork Road
Danville, WV  25053-6923

Lewis M. Holstein
2372 Trace Fork Road
Sandyville, WV  25275-6596

Wayne E. Holton
P.O. Box 1471
Danville, WV  25053-1471

James A. Hopkins
7823 Six Mile Road
Danville, WV  25053-4552

Roger A. Hubbard
P.O. Box 188
Van, WV  25206-0188

Edmond L. Hunt
926 Old River Road
Madison, WV  25130-1520

Dennis C. Hurley
P.O. Box 403
Cyclone, WV  24827-0403

John R. Ingram
P.O. Box 103
Hewett, WV  25108-0103

James K. Jarrell
133 Peters Drive
Beckley, WV  25801-9353

Marshall E. Jenkins
105 Dutch Lane
Beckley, WV  25801-8270

William H. Johns

538 Bibb Avenue
Beckley, WV  25801-6342

U. L. Jones
P.O. Box 248
Jeffrey, WV  25114-0248

William R. Justice
10142 Fieldstone Court
Charlotte, NC  28269-2007

Maylinna Keeney
5727 Six Mile Road
Danville, WV  25053-4536

Rickey J. Kinser
P.O. Box 117
Hewett, WV  25108-0177

James J. Kirk
5498 Lens Creek Road
Hernshaw, WV  25107-8604

Elisa Kirk
P.O. Box 3
Seth, WV  25181-0003

William L. Knight
1206 Pond Fork Road
Madison, WV  25130-9230

Roger G. Lambert
111 Fincastle St.
Shady Springs, WV  25918-8542

George A. Light
P.O. Box 665
Madison, WV  25130-0665

Dennis L. Lindsay
104 Michigan Avenue
Beckley, WV  25801-2726

Dennis M. Lloyd
P.O. Box 81
Smithers, WV  25186-0081

Virgil Lovejoy
P.O. Box 26
Hewett, WV  25108-0026

David E. Lovins
P.O. Box 147
Rockview, WV  24880-0147

Larry W. McKinney
501 Mud River Road
Danville, WV  25053-9343

Jack E. Meadows
P.O. Box 71
Wharton, WV  25208-0071

Terry A. Miller
947 South Park Road

Charleston, WV　25304-2652

Worley L. Miller
3937 Foster Road
Foster, WV　25081-6205

Gary W. Mullins
P.O. Box 193
Madison, WV　25130-0193

Larry R. Nelson
478 Campbells Creek Drive
Charleston, WV　25306-6808

Mablene Nipper
P.O. Box 52
Wharton, WV　25208-0052

C. R. Persinger
P.O. Box 126
Dorothy, WV　25060-0126

Dallas T. Pettry
P.O. Box 16
Rock Creek, WV　25174-0016

Harold G. Porter
P.O. Box 558
Danville, WV　25053-0558

Donald G. Prince
P.O. Box 172
Amherstdale, WV　25607-0172

William H. Ramey
1686 McCelellan Hwy.
Ranger, WV　25557-7527

Steven D. Richardson
P.O. Box 176
Glen Rogers, WV　25848-0176

Jackie C. Runion
P.O. Box 29
Dorothy, WV　25060-0029

Jarrell L. Ryan
198 Austin Lane
Bob White, WV　25028-9032

Phillip D. Scott
100 Virginia St., Apt. A
Ravenswood, WV　26164-1869

Steve Scott
P.O. Box 44
Davin, WV　25617-0044

Glen D. Sigmon
P.O. Box 316
Wharton, WV　25208-0316

James A. Smith
P.O. Box 1167
Shady Spring, WV　25918-1167

Leonard R. Steele
176 Fletcher Lane
Orgas, WV  25148-9679

Curtis D. Stollings
30 Shawnee Meadows
Logan, WV  25601-9600

Terry R. Tackett
P.O. Box 9
Austinburg, OH  44010-0009

David R. Toler
P.O. Box 175
Wharton, WV  25208-0175

Russell G. Toler
4023 Smith Street
Kitty Hawk, NC  27949

James Tomblin
310 Slater St.
Williamson, WV  25661-3433

Richard P. Tomblin
172 Hollister Rd.
Griffithsville, WV  25521-9623

Terry M. Toney
P.O. Box 71
Bradley, WV  25818-0171

Donnie D. Turner
16359 Daniel Boone Pkwy.
Peytona, WV  25154-9758

Mac Turner
48 Auburn Ridge Road
Ridgeview, WV  25169-9350

Robert H. Turner
1126 Drews Creek
Naoma, WV  25140-9799

Elizabeth Vance
P.O. Box 134
Bim, WV  25021-0134

Charles Varney
P.O. Box 603
Madison, WV  25130-0603

Bobby A. Vickers
P.O. Box 251
Julian, WV  25529-0251

Leslie Ge Vickers
P.O. Box 32
Foster, WV  25081-0032

Thomas F. Vickers, Jr.
2546 Laurel Fork
Alkol, WV  25501-9786

George C. Washington
2711 Seng Creek Road
Whitesville, WV  25209-9046

Daniel R. Webb
P.O. Box 22
Gordon, WV  25093-0022

Segal White
258 Walker Drive
Danville, WV  25053-8041

William M. White
102 Eddy Drive
Whitesville, WV  25209-9443

Woodrow T. White
24 Dotson Lane
Madison, WV  25130-9222

Gail W. Williams, Jr.
P.O. Box 38
Smithers, WV  25186-0038

Isom J. Williams
P.O. Box 763
Whitesville, WV  25209-0763

Leroy A. Williams
220 Mahan St.
Oak Hill, WV  25901-2238

Lonzo Williams
P.O. Box 5
Arnett, WV  25007-0005

Michael Williamson
235 Oakwood Drive
Madison, WV  25130-1248

Charles F. Adams
P.O. Box 56
Big Creek, WV  25505-0056

Bobbie R. Adkins (Dec.)
P.O. Box 175
Hewett, WV  25108-0175

Donald D. McCoy
P.O. Box 782
Oceana, WV  24870-0782

Eric W. Abbott
143 Nathan Avenue
Madison, WV  25130-1226

Ronald S. Acord
P.O. Box 467
Davin, WV  25617-0467

David L. Adkins
P.O. Box 121
Henlawson, WV  25624-0121

Tommy R. Albright

123 Sycamore Lane
Hurricane, WV  25526-9223

Allen J. Atha
P.O. Box 240
Van, WV  25206-0240

Jackie W. Bailey
P.O. Box 91
Cyclone, WV  24877-0091

Roy C. Ball
6194 Meadow Fork Road
Hewett, WV  25108-9510

Basil W. Barker
441 Johns Hollow Road
Nellis, WV  25142-9723

Doff D. Belcher
P.O. Box 93
Fairdale, WV  25839-0093

Ronnie S. Belcher
669 James Branch Road
Wharton, WV  25208-9772

Stephen R. Beller
106 Lindy Street
Beckley, WV  25801-9212

Eddie J. Benemann
P.O. Box 254
Surveyor, WV  25932-0254

Ray H. Bennett
P.O. Box 1015
Danville, WV  25053-1015

Jonathan P. Berry
470 Mud Drive Rd.
Danville, WV  25053-9340

Johnny Bias
P.O. Box 672
Uneeda, WV  25205-0672

Robert L. Bias
128 Stoney Brook Lane
Danville, WV  25053-7097

Densil Blankenship
P.O. Box 2103
Oceana, WV  24870-2103

Jerry W. Bradley
134 Ely Fork
Sumerco, WV  25567-9702

Christopher J. Brown
1030 Woodland Ave., Apt. 25
Beckley, WV  25801-6450

Curtis E. Brown
P.O. Box 148

Julian, WV  25206-0148

Dwayne D. Brown
P.O. Box 182
Glen Daniels, WV  25844-0182

Terry J. Brown, Sr.
P.O. Box 225
Glen Fork, WV  25845-0225

Phillip C. Campbell
P.O. Box 235
Wharton, WV  25208-0235

Jerry C. Cannady
123 Orchard Avenue
Beckley, WV  25801-4823

Samuel A. Canterbury
P.O. Box 836
Danville, WV  25053-0836

Emory L. Carter
347 1st Street SE
Madison, WV  25130-9327

Randy M. Chapman, II
191 Walker Drive
Danville, WV  25053-8040

Robert H. Collins
P.O. Box 231
Danville, WV  25053-0231

John L. Collins, Jr.
P.O. Box 213
Turtle Creek, WV  25203-0213

William D. Combs
497 Low Gap Branch
Harts, WV  25524-8014

Dakota R. Cook
P.O. Box 5
Dry Creek, WV  25062-0005

Larry D. Cottrell
207 1st Street W
Madison, WV  25130

James A. Cox, Jr.
P.O. Box 221
Bim, WV  25021-0221

Arthur N. Craddock
P.O. Box 311
Lake, WV  25121-0311

Harold L. Dancy, II
P.O. Box 253
Madison, WV  25130-0253

Terry R. Daniels
P.O. Box 148
Crab Orchard, WV  25827-0148

Chris L. Daugherty
HC 74, Box 3467
Chapmanville, WV  25508-9538

John E. Dempsey
533 Stollings Branch Road
Danville, WV  25053-4647

Jack A. Dempsey, Sr.
604 Dog Fork Road
Chapmanville, WV  25508-5281

Carl R. Deskins
531 Palmer Avenue
Logan, WV  25601-3026

Jackson W. Dolin
P.O. Box 125
Nellis, WV  25142-0125

Timothy W. Dunlap
P.O. Box 61
Van, WV  25206-0061

Ronald E. Echard
P.O. Box 937
Pineville, WV  24874-0937

Dewey E. Ellis
P.O. Box 51
Kistler, WV  25628-0051

Jerried A. Elswick
P.O. Box 226
Clear Fork, WV  24822-0226

Kyle L. Elswick
P.O. Box 263
Clear Fork, WV  24822-0263

Gary M. Eplin
P.O. Box 434
Davin, WV  25617-0434

Elery D. Farley
5 Browns Run Road
Chapmanville, WV  25508-9543

Shaun D. Farley
164 Barker Fork Road
Chapmanville, WV  25508-9760

Michael L. Farris
19 Hidden Valley
Chapmanville, WV  25508-9518

Danny R. Ferrell
79 Rice Lane
Jeffrey, WV  25114-9641

Terry D. Ferrell
16 Leftwich Avenue
Madison, WV  25130-1328

Timothy D. Fletcher
658 Raven Point
Danville, WV  25053-8030

Raymond D. Frazier
P.O. Box 314
Glen Fork, WV  25845

Steven D. Gibson
P.O. Box 203
Bim, WV  25021-0203

Billy R. Gibson, Jr.
P.O. Box 203
Oceana, WV  24870-0203

Charles D. Goodwin
4995 Huff Creek Road
Cyclone, WV  24827-9471

Ronald S. Grant
P.O. Box 248
Van, WV  25206-0248

Damon R. Green
P.O. Box 281
Wharton, WV  25208-0281

Roger D. Greene
P.O. Box 827
Danville, WV  25053-00827

Daniel L. Hager
4768 Six Mile Road
Danville, WV 25053-4594

Steven M. Hager
866 Bug Ugly Road East
Leet, WV 25524-9460

Timothy E. Hager
P.O. Box 97
Danville, WV 25053-0097

Timothy M. Hager
275 Noble Lane
Danville, WV 25053-4529

Tommy W. Hager
P.O. Box 812
Danville, WV 25053-0812

Allen R. Hall
P.O. Box 192
Madison, WV 25130-0192

James R. Hall
261 Easter Hollow Road
Ridgeview, WV 25169-9367

David R. Hartman
1051 Middle Horse Creek Rd.
Julian, WV 25529-9506

David P. Havey

1241 Camp Creek Road
Julian, WV 25529-9768

Nathan Hays
1056 Cobbs Creek Road
Sod, WV 25564-9677

Mitchell L. Hensley
HC 74 Box 3108
Chapmanville, WV 255089526

Joseph L. Hill
1463 Upper Rock Creek Rd.
Rock Creek, WV 25174-9619

Charles E. Hodge
130 Amber Court
Naoma, WV 25140-9711

Wayne E. Holton
P.O. Box 1471
Danville, WV 25053-1471

Wayne E. Holton, Jr.
956 Old River Road
Madison, WV 25130-1520

Joseph J. Ingram
263 Walnut Avenue
Madison, WV 25130-1362

Carlos G. Jarvis, III
P.O. Box 234
Wharton, WV 25208-0234

Nicholas R. Jeffrey
110 Lock Lane
Alum Creek, WV 25003-9066

Paul L. Jones
443 Stollings Branch Road
Danville, WV 25053-4517

John J. Jude
P.O. Box 319
Brenton, WV 24878-0319

Rickey Jude
P.O. Box 274
Lynco, WV 24857-0274

Brian K. Justice
HC 68, Box 456
Iaeger, WV 24844-9600

Marshall J. Justice
255 Third Street, West
Madison, WV 25130-1045

Ronny L. Justice
200 5th Ave. W
Madison, WV 25130-1011

Michael D. Kinder
179 Bricktown Road

Nellis, WV 25142

Al Kinser
P.O. Box 366
Danville, WV 25053-0366

Rodney Kinser
P.O. Box 824
Danville, WV 25053-0824

Phillip D. Kirk
156 Three Mile Branch Road
Peytona, WV 25154-9623

Tony L. Lambert
P.O. Box 83
Van, WV  25206-0083

William B. Lesher, Sr.
1095 Isom Branch
Lake, WV 25121-9705

Timothy L. Light
P.O. Box 37
Ottawa, WV  25149-0037

Scottie R. Likens
P.O. Box 696
Madison, WV 25130-0696

Denny T. Lilly
HC 76, Box 75A
Nimitz, WV 25978-9717

Jamie D. Lilly
HC 78, Box 399
Pipestem, WV 25979-9701

Joshua T. Lilly
HC 76, Box 75-D
Nimitz, WV 25978-9717

Jimmy D. Loftus
50 Loftus Lane
Foster, WV 25081-6058

David R. Lovejoy
Rt. 3, Box 22
Spurlockville, WV 25565

Dwight D. Lucas
P.O. Box 125
Surveyor, WV 25932-0125

Joshua L. Lusk
P.O. Box 224
Oceana, WV 24870-2224

Jackie D. Lutsy
245 Casey Fork Road
Ashford, WV 25009-9532

David M. Massey
P.O. Box 245
Whitesville, WV 25209-0245

Christopher D. McCoy
P.O. Box 1486
Oceana, WV 24870-1486

Billy W. McKinney
RR 1, Box 86A
Chapmanville, WV 25508-9630

James B. Meek
55 Hainer Branch Road
Chapmanville, WV 25508-9752

Brian K. Miller
P.O. Box 91
Cyclone, WV 24827-0091

Timothy P. Miller
P.O. Box 361
Cyclone, WV 24827-0361

Bobby L. Mitchell
145 Seacoal Circle
Jeffrey, WV 25114-9627

Carles G. Mitchell
P.O. Box 875
Danville, WV 25053-0875

Brandon K. Morgan
P.O. Box 2391
Oceana, WV 24870-2391

Paul D. Morgan
HC 63, Box 495
Brenton, WV 24818-9713

Homer Morris, Jr.
P.O. Box 395
Whitesville, WV 25209-0395

Gregory S. Napier
P.O. Box 67
Ottawa, WV 25149-0067

Larry D. Nelson
P.O. Box 90
Danville, WV 25053-0090

Russell L. Nelson
P.O. Box 88
Stollings, WV 25646-0088

Justin A. Niday
P.O. Box 34
Gordon, WV 25093-0034

Mark E. Nunn
P.O. Box 263
Glen Daniels, WV 25844-0263

Bobby J. Parcell
170 Cannery Lane
Winfield, WV 25213-9706

Melvin R. Pauley
68 Rustic Bridge Road
Spurlockville, WV 25565-9580

Robert S. Perry
P.O. Box 58
Bim, WV 25021-0058

Charles K. Pettry
P.O. Box 73
Rock Creek, WV 25174-0073

Dallas T. Pettry
P.O. Box 16
Rock Creek, WV 25174-0016

Ralph E. Poore
HC 60, Box 357
Iaeger, WV 24844-9428

John Price
P.O. Box 514
Whitesville, WV 25209-0514

Roger D. Rakes
P.O. Box 250
Lester, WV 25865-0250

Larry A. Ransom
P.O. Box 282
Fairdale, WV 25839-0282

Timmy G. Ratliff
P.O. Box 14
Wharton, WV 25208-0014

Leslie R. Rice
1042 Ellis Branch Road
Danville, WV 25053-4510

Anthony G. Riffe
HC 68, Box 139
Iaeger, WV 24844-9603

Arthur J. Sampson
1669 James Branch Road
Wharton, WV 25208-9784

Terry L. Smith
HC 85, Box 31
Jumping Branch, WV 25969-9511

Dwight D. Stepp
4149 Midway Road
Yawkey, KY 25573-9720

Dale G. Sturgill
275 Ridge Park Drive
Beckley, WV 25801-9589

Ricky L. Tackett
P.O. Box 120
Hewett, WV 25108-0120

Trevor L. Tackett

95 Barrett Circle
Wharton, WV 25208-9614

Kevin W. Thompson
P.O. Box 81
Sharples, WV 25183-0081

Michael R. Tilley
P.O. Box 192
Harper, WV 25851-0192

William W. Toath
21052 Pond Fork Road
Van, WV 25026

David R. Toler
P.O. Box 175
Wharton, WV 25208-0175

Lonnie D. Toler
P.O. Box 99
Clearfork, WV 24822-0099

Johnny R. Trent
P.O. Box 305
Henlawson, WV 25624-0305

Benny E. Vance
P.O. Box 113
Bim, WV 25021-0113

David W. Wagoner
P.O. Box 668
Uneeda, WV 25205-0668

Jerry L. Woodrum
954 Country Estates Road
Danville, WV 25053-9226

Charles A. Workman
701 Pine Grove Road
Wharton, WV 25208-9565

Eastern Associated Coal, LLC
P.O. Box 1233
Charleston, WV 25324

Wells Fargo
426 Leon Sullivan Way
Charleston, WV 25301

ADP, Inc.
ADP Drive MS-100
Augusta, GA 20909

David J. Laurent, Esq.
Buchanan Ingersoll & Rooney P.C.
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219